[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11593

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MACKENZIE DELMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cr-80045-RKA-1

_____

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. As we have explained before, such waivers are enforceable if made knowingly and voluntarily. *United States v. Bushert*, 997 F.2d 1343, 1350 (11th Cir. 1993); *see United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) ("touchstone" for determining whether appeal waiver was knowing and voluntary is whether court clearly conveyed to defendant "that he was giving up his right to appeal under *most* circumstances" (quotation omitted)).